UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LERAY S. GIBSON, | ) | CASE NO. 5: 16 CV 1357 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | ORDER STRIKING COMPLAINT |
| | ) | |
| TIM CASEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

On August 26, 2016, this action was dismissed pursuant to 28 U.S.C. § 1915(e) after the Court determined that the plaintiff's *pro se* complaint failed to state a claim on which relief may be granted. (*See* Doc. Nos. 4, 5.) On September 12, 2016, without leave of court, the plaintiff filed a new complaint purporting to name additional defendants. (Doc. No. 6.)

After judgment has been entered, a complaint may not be amended without leave of court. *See* Fed. R. Civ. P. 15(a); *Belle v. Federal Bureau of Investigation*, 46 F. App'x 326, 327 (6th Cir. 2002). Plaintiff did not seek leave of Court to file the new complaint after judgment was entered and the case was dismissed.

Further, leave to amend a complaint under Fed. R. Civ. P. 15 is properly denied when the proposed amendment would be futile. *Miller v. Calhoun Cty.*, 408 F.3d 803, 817 (6th Cir. 2005). The plaintiff's new complaint does not cure the deficiencies the Court found in her original complaint. (*See* Doc. No. 4.) Like her original complaint, the new complaint, even liberally

construed, does not set forth allegations sufficient to support a plausible federal claim against any defendant.

Accordingly, the plaintiff's new complaint is stricken. *See Belle*, 46 F. App'x at 327-28 (district court properly struck amended complaint filed after judgment had been entered where plaintiffs did not obtain leave of court and did not correct deficiencies in original complaint); *McDonald v. Daimler Chrysler Motors Corp.*, 23 F. App'x 393, 395-96 (6th Cir. 2001) (upholding decision to strike amended complaint after judgment was entered and case was dismissed).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED**.

September 22, 2016
**Date**

　　　　　　　　　　　　　　　　　　　**HONORABLE SARA LIOI**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**